NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1308

SUCCESSION OF
SIDNEY LOUNSBERRY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 73299,
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

AFFIRMED.

Kenneth O. Privat
Attorney at Law
P. O. Drawer 449
Crowley, LA  70527-0449
(337) 783-7142
COUNSEL FOR PLAINTIFFS/APPELLANTS:
       Errol Eugene Lounsberry
       Ronald James Lounsberry

Homer E. Barousse, Jr.
Barousse & Craton
P. O. Box 1305
Crowley, LA  70527-0730
(337) 785-1000
COUNSEL FOR DEFENDANT/APPELLEE:

**Ronald James Lounsberry, as Administrator of the Succession of Sidney Lounsberry**

**Lamont P. Domingue**
**Elisabeth R. Kraft**
**P. O. Box 3527**
**Lafayette, LA  70502**
**(337) 232-9700**
**COUNSEL FOR DEFENDANT/APPELLEE:**
   **Sidney Michael Lounsberry**